# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| KAYLA SHOULARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 3:20-cv-00156-TCB |
| ) | |
| RAM SHAI RAM, INC. d/b/a/ ) | |
| BOWDON KWIK SHOP, VARSHA ) | |
| PATEL, and TUSHAR PATEL, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter comes before the Court upon the Parties' Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice. The Court having considered the Joint Motion and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Parties' Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice is GRANTED.

It is so ORDERED this ____ day of _____, 2021.

_____
Timothy C. Batten, Sr.
United States District Court Judge